## BONNER *v.* THE STATE.

EVANS, P. J.  No error of law is complained of, and the evidence supports the verdict.    *Judgment affirmed. All the Justices concur.*

APRIL 12, 1911.

Indictment for murder.  Before Judge Freeman.    Carroll superior court.    December 20, 1910.

*Hamrick & Thomasson,* for plaintiff in error.

*H. A. Hall, attorney-general,* and *J. R. Terrell, solicitor-general,* contra.